

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:          Thomas Matthew Neveu, Jr. v. The State of Texas

Appellate case number:        01-14-00638-CR

Trial court case number:      96-DCR-028573

Trial court:                  240th District Court of Fort Bend County

Date motion filed:            October 29, 2014

Party filing motion:          Appellant/Relator, Thomas Matthew Neveu, Jr.


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Chief Justice Sherry Radack
                   ☒  Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

Date: November 25, 2014